THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:16-CR-255 |
| | : (JUDGE MARIANI) |
| CHAY WRIGHT, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 21ST DAY OF JANUARY, 2021,** for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Suppress Seizure of Defendant (Doc. 76) is **DENIED**.

2. Defendant's Motion to Suppress Search of Residence (Doc. 78) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    a. The contents of the locked metal box found in Defendant Wright's bedroom are **SUPPRESSED**.

    b. The motion is denied is all other respects.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge