THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:16-CR-255 |
| | : (JUDGE MARIANI) |
| CHAY WRIGHT, | : |
| Defendant. | : |

### ORDER

**AND NOW, THIS 26th DAY OF JANUARY, 2021,** for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss Indictment for Vagueness (Doc. 82) is **DENIED**.

2. Within **7 days** of the date of this Order, Defendant Wright may file a motion and supporting brief requesting that the Court hold a modified *Daubert* hearing to determine, by a preponderance of the evidence, the question of law of what definition or definitions of "positional isomer" are generally accepted within the scientific community and shall set set forth his position in support of this motion in his supporting brief. Should Defendant do so, the Government shall file a responsive brief no later than **7 days** from the date of Defendant's filing. Defendant may file a Reply brief within **3 days** of the date of the Government's filing.[1]

Robert D. Mariani
United States District Judge

---

[1] Trial in this matter is scheduled to commence on March 22, 2021. Thus, to make certain that there is sufficient time to schedule a hearing in this matter and ensure the availability of any witnesses who must present testimony at the hearing, and in order for the Court to make a determination of the issues presented in advance of trial, the Court is ordering an abbreviated briefing schedule.