THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:16-CR-255 |
| | : (JUDGE MARIANI) |
| CHAY WRIGHT, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 14TH DAY OF APRIL, 2021,** for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The Government's "Motion in Limine Regarding Introduction of Judicial Statements" (Doc. 106) is **GRANTED** as set forth in the Court's memorandum opinion.

2. The Government's Federal Rule of Evidence 404(b) Notice and Motion in Limine to Admit Criminal Histories Pursuant to Federal Rule of Evidence 609 (Doc. 120) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge