THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             : CRIMINAL NO. 3:16-CR-255
           v.                : (JUDGE MARIANI)
                             :
CHAY WRIGHT,                 :
                             :
           Defendant         :

## ORDER

AND NOW, THIS 16th DAY OF APRIL 2021, upon consideration of Defendant's Motion to Suppress Search of Cell Phone Pursuant to Fed. R. Crim P. 12(c)(3) (Doc. 124) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Suppress Search of Cell Phone Pursuant to Fed. R. Crim P. 12(c)(3) (Doc. 124) is **DENIED**.

Robert D. Mariani
United States District Judge